UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL E. WILLIAMS,**  Plaintiff,  vs.  **COMMISSIONER ANDREW M. SAUL,**  Defendant. | 2:20-CV-10373-TGB-EAS |

# JUDGMENT

In accordance with the Opinion and Order issued on this date, striking Plaintiff's objection and **ACCEPTING AND ADOPTING** Magistrate Judge Elizabeth A. Stafford's Report and Recommendation (ECF No. 15), it is **ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment (ECF No. 11) is **DENIED**, Defendant's motion for summary judgment (ECF No. 13) is **GRANTED**, and the findings and conclusions of the Commissioner are **AFFIRMED**. The case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  March 31, 2021

DAVID J. WEAVER
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE